**Kenneth Alan THOMAS, Petitioner–**
**Appellant**

v.

**Rick THALER, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 08–40829
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 3, 2010.

Neil Lee Durrance, Law Office of Neil L. Durrance, Denton, TX, for Petitioner–Appellant.

Before HIGGINBOTHAM, CLEMENT, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Kenneth Alan Thomas, Texas prisoner # 407931, seeks a certificate of appealability (COA) to appeal the district court's dismissal as time barred, pursuant to 28

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S.C. § 2244(d), of his 28 U.S.C. § 2254 petition challenging his conviction for aggravated assault and resulting eight-year sentence.

A COA is granted on the issue of whether Thomas's petition was barred by the statute of limitations in light of *Womack v. Thaler*, 591 F.3d 757 (5th Cir.2009), which was decided after the district court's judgment in the instant case. *See Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). We vacate the district court's judgment, and we remand for further proceedings consistent with *Womack*. *See Whitehead v. Johnson*, 157 F.3d 384, 388 (5th Cir.1998). We express no opinion on the ultimate disposition of Thomas's Section 2254 petition.

COA GRANTED; JUDGMENT VACATED; CASE REMANDED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be